# Court of Appeals
# of the State of Georgia

ATLANTA,____August 02, 2012____

*The Court of Appeals hereby passes the following order:*

**A12A2297.     RICHARD LEE WILLIAMS v. TAYLOR REGIONAL HOSPITAL.**

Richard Lee Williams filed a notice of appeal from an order denying his motion to proceed in forma pauperis in this civil action. We lack jurisdiction.

Because Williams is incarcerated, his appeal is controlled by the Prison Litigation Reform Act of 1996. OCGA § 42-12-1 et seq. OCGA § 42-12-8 requires that an appeal of a civil action filed by a prisoner "shall be as provided in Code Section 5-6-35." Under OCGA § 5-6-35, the party wishing to appeal must file an application for discretionary appeal to the appropriate appellate court. Williams's failure to file an application for discretionary appeal in this case deprives this Court of jurisdiction over this direct appeal. See *Jones v. Townsend*, 267 Ga. 489 (480 SE2d 24) (1997).

For this reason, Williams's appeal is *DISMISSED*.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 08/02/2012
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*


_____ , *Clerk.*